BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAO BATISTA<br> xxx-xx-0572<br><br> Plaintiff,<br>v.<br>COMMISSIONER OF SSA<br> Defendant. | Case No. 14-2441 AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from October 23, 2015, to November 6, 2015,    with all other deadlines extended accordingly.  This extension is required due to the counsel's crowded briefing schedule with three other briefs due the same day.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: October 22, 2015 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| 2 | | |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | | |
| 6 | Dated: October 23, 2015 | Benjamin B. Wagner<br>United States Attorney |
| 7 | | Deborah Lee Stachel |
| 8 | | Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| 9 | | /s/ Timothy Bolin |
| 10 | | TIMOTHY BOLIN |
| 11 | | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 26, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE